UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

MAGISTRATE CASE NO. 07-5141-JBT

UNITED STATES OF AMERICA PLAINTIFF

V. ORDER

ABDALLAH ALI ADDARRAT DEFENDANT

* * * * * * * * * * *

The defendant having filed a Waiver of Detention Hearing scheduled in this matter and the court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the detention hearing set for July 19, 2007 at the hour of 2:30 p.m. is SET ASIDE.

IT IS FURTHER ORDERED that the oral motion by the United states for pretrial detention if defendant is GRANTED and the defendant shall remain in the custody of the United States Marshal Service pending further orders of the court.

This 19th day of July, 2007.

**Signed By:**
***James B. Todd***
**United States Magistrate Judge**